UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

FENNA F. SAYLORS           CASE NUMBER:  07-32130
SSN:  xxx-xx-8547          CHAPTER 13
LINNIE J. SAYLORS
SSN:  xxx-xx-5124
Debtors

---

NOTICE TO MICHAEL J. SMITH
THAT $635.86 HAS BEEN DEPOSITED INTO
THE COURT'S UNCLAIMED FUNDS ACCOUNT
IN TREASURY FUND #6047BK

---

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Michael J. Smith, creditor herein, and deposits $635.86 into the Court Clerk's Unclaimed Funds Account in Treasury Account #6047BK.

1. The last known address for Michael J. Smith was:

   73 West Canal Street
   P.O. Box 801
   Wabash, IN 46992

2. The Standing Chapter 13 Trustee's disbursement checks have been returned with "Return to Sender, Attempted Not Known, Unable to Forward" stamped on the front of the envelope by the Postmaster.

3. Subsequent attempts to locate this creditor were fruitless.

4. Any objections to said Deposit should be made in writing, with the Court Clerk.

Dated: April 28, 2010											Respectfully Submitted,

/s/ Debra L. Miller
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the attached was sent on April 28, 2010

By U. S. Mail to the Debtor and Creditor as follows:

Debtor(s): Fenna & Linnie Saylors, 7101 E. SR 218, Lafontaine, IN 46940
Creditor: Michael J. Smith, 73 W. Canal St., PO Box 801, Wabash, IN 46992

By electronic CM/ECF email to the following:

Debtors' Attorney: Alan J. Zimmerman
U.S. Trustee

/s/ Debra L. Miller, Trustee
By: Rosemary Ward-Wilson