UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

FENNA FAY SAYLORS  
SSN: xxx-xx-8547

CASE NUMBER:    07-32130  
CHAPTER 13

LINNIE JAY SAYLORS  
SSN: xxx-xx-5124  
Debtors

---

### NOTICE TO MICHAEL J. SMITH THAT $635.86 HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED FUND ACCOUNT IN TREASURY FUND #6047BK

---

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Michael J. Smith, creditor herein, and deposits $635.86 into the Court Clerk's Unclaimed Funds Account in Treasury Account #6047BK.

1. That the last known address for Michael J. Smith was:

   81 East Hill Street  
   P. O. Box 801  
   Wabash, IN 46992

2. That the debtors' case was dismissed on January 19, 2010, and the Trustee received disbursements made to the creditor after the case was closed.

3. That any objections to said Deposit should be made in writing with the Court Clerk.

Dated:   July 19, 2010

/s/ Debra L. Miller, Trustee  
Debra L. Miller, Trustee  
P.O. Box 11550  
South Bend, IN 46634  
(574) 251-1493

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice was served as follows on    July 19, 2010

By U.S. Mail postage prepaid
Debtors: Fenna and Linnie Saylors, 7101 East State Road 218, Lafontaine, IN 46940
Creditor:  Michael J. Smith, 81 East Hill Street, P. O. Box 81, Wabash, IN 46992

By electronic mail via CM/ECF:
Debtors' Attorneys: Alan J. Zimmerman, Mark P. Telloyan, Michael J. Smith
U.S. Trustee:  ustregion10.so.efc@usdoj.gov

/s/ Harriette M. King
Harriette M. King